

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 14 CR 735 |
| v. | Violation: Title 21, United States Code, Section 841(a)(1) |
| JOSE ARGUIJO, also known as "Alberto Vazquez" | |

**JUDGE ELLIS**
**MAGISTRATE JUDGE VALDEZ**

The UNITED STATES ATTORNEY charges:

On or about March 6, 2014, at Hammond, in the Northern District of Indiana, Hammond Division,

JOSE ARGUIJO,
also known as "Alberto Vazquez,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

_____
UNITED STATES ATTORNEY

**FILED**
DEC 1 9 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT